UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEY OMILIAN,

    Plaintiff,

v.

MICHAEL BEDFORD, et al.,

    Defendants.
_____/

Case No. 1:19-cv-407

HON. JANET T. NEFF

## ORDER TO STRIKE

Defendant Michael Bedford's Motion for Judgment on the Pleadings (ECF No. 23) shall be stricken from the record for the reason that Defendant Bedford failed to comply with the directives set forth in the Court's order (ECF No. 18) and Information and Guidelines for Civil Practice, which required Defendant Bedford to serve his motion not later than October 2, 2019 and file a proof of service, but file the motion papers once the motion is fully briefed. Defendant Bedford shall re-file the Motion once it is fully briefed.

**IT IS SO ORDERED**.

Dated: September 30, 2019

      /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge