UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEY OMILIAN,

    Plaintiff,

-vs-

MICHAEL BEDFORD, Van Buren County
Prosecutor, in his individual and
official capacities; SCOTT HERBERT, Police
Chief for the Village of Mattawan in his
individual and official capacities; and
VILLAGE OF MATTAWAN, MICHIGAN,

    Defendants.
_____/

Case No: 1:19-cv-00407-JTN-ESC
Honorable Janet T. Neff

**DEFENDANT MICHAEL BEDFORD'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c).**

The defendant Michael Bedford moves for an order granting the defendant judgment of the pleadings pursuant to Fed. R. Civ. P. 12(c) as the pleadings demonstrate the plaintiff has failed to state a claim upon which relief can be granted. This motion is based on the legal authority and arguments contained in the Brief in Support submitted with this motion.

    Respectfully submitted,

DATED: September 30, 2019    PLUNKETT COONEY

    BY:  /s/Michael S. Bogren
        Michael S. Bogren (P34835)
        Attorney for Defendant
        MICHAEL BEDFORD